ANNA ZIEFERT, PLAINTIFF v. WILLIAM E. McGEE, DE-FENDANTS.

Decided January 14, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *Alexander Simpson.*

*Contra, Joseph Coult.*

PER CURIAM.

Plaintiff was struck and severely injured by an automobile of the defendant.

She has a verdict of $500 which she asks us to set aside as inadequate.

We find it to be clearly inadequate, and the rule will therefore be made absolute and a *venire de novo* will issue for the purpose of retrying all the issues.